## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

AQUILLA ANNA MANS,

      Plaintiff,

v.                                                                    CASE NO. 1:11cv224-MP-GRJ

SOCIAL SECURITY ADMINISTRATION,

      Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 24, 2012.  (Doc. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** for lack of subject matter jurisdiction and that the Clerk is directed to enter final judgment accordingly, terminate any pending motions, and close the file.

**DONE and ORDERED** this 24th day of February, 2012.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**